AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ Gregory T. Murphy

| Date | Signature |
| --- | --- |
| | Print Name / Bar Number |
| | Address |
| | City / State / Zip Code |
| | Phone Number / Fax Number |

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Antonio Rodolfo Soto-Diaz

6

7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LOUISA S. PORTER)**

11 | UNITED STATES OF AMERICA,        ) Case No. 08MJ1962-01
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                ) **CERTIFICATE OF SERVICE**
                                      )
14 | ANTONIO RODOLFO SOTO-DIAZ,        )
                                      )
15 |         Defendant.                )
   |_____ )

16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                      U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov
20

21                              Respectfully submitted,

22

23 DATED:    June 27, 2008           /s/ Gregory T. Murphy
                                     **GREGORY T. MURPHY**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Antonio Rodolfo Soto-Diaz
25

26

27

28