1 KAREN P. HEWITT
United States Attorney
2 MICHELLE M. PETTIT
Assistant United States Attorney
3 California State Bar No. 253406
United States Attorney's Office
4 Federal Office Building
880 Front Street, Room 6293
5 San Diego, California 92101
Telephone: (619) 557-7450
6
Attorneys for Plaintiff
7 UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10          SOUTHERN DISTRICT OF CALIFORNIA  08CR 2276-H

11 UNITED STATES OF AMERICA,          )   Magistrate Case No. 08MJ1962
                                      )
12                   Plaintiff,       )
                                      )   **STIPULATION OF FACT AND JOINT**
13          v.                        )   **MOTION FOR RELEASE OF**
                                      )   **MATERIAL WITNESS(ES) AND**
14 ANTONIO RODOLFO SOTO-DIAZ,         )   **ORDER THEREON**
                                      )
15                   Defendant.       )
                                      )   **(Pre-Indictment Fast-Track Program)**
16

17          **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19 Michelle M. Pettit, Assistant United States Attorney, and defendant ANTONIO RODOLFO SOTO-

20 DIAZ, by and through and with the advice and consent of defense counsel, Gregory T. Murphy,

21 Federal Defenders of San Diego, Inc., that:

22          1.       Defendant agrees to execute this stipulation on or before the first preliminary hearing

23 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26 of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

27 § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

28 //

MIP:psd:6/30/08

1        2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4        3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **July 28, 2008.**

6        4.      The material witness, Armando Franco-Barba, in this case:

7               a.      Is an alien with no lawful right to enter or remain in the United States;

8               b.      Entered or attempted to enter the United States illegally on or about

9 June 25, 2008;

10               c.      Was found in a vehicle driven by defendant at the San Ysidro, California Port

11 of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was an alien

12 with no lawful right to enter or remain in the United States;

13               d.      Was paying $3,500 to others to be brought into the United States illegally

14 and/or transported illegally to his destination therein; and,

15               e.      May be released and remanded immediately to the Department of Homeland

16 Security for return to his country of origin.

17        5.      After the material witnesses are ordered released by the Court pursuant to this

18 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

19 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

20 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

21               a.      The stipulated facts set forth in paragraph 4 above shall be admitted as

22 substantive evidence;

23               b.      The United States may elicit hearsay testimony from arresting agents

24 regarding any statements made by the material witness(es) provided in discovery, and such testimony

25 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

26 of (an) unavailable witness(es); and,

27 //

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Rodolfo Soto-Diaz       2              08MJ1962

1        c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4  waives the right to confront and cross-examine the material witness(es) in this case.

5        6.      By signing this stipulation and joint motion, defendant certifies that defendant has

6  read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7  further that defendant has discussed the terms of this stipulation and joint motion with defense

8  counsel and fully understands its meaning and effect.

9        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to his country of origin.

12        It is STIPULATED AND AGREED this date.

13                   Respectfully submitted,

14                   KAREN P. HEWITT
United States Attorney

15

16  Dated: 7/10/08

17                   MICHELLE M. PETTIT
Assistant United States Attorney

18  Dated: 7/6/08

19                   GREGORY T. MURPHY
Defense Counsel for SOTO-DIAZ

20

21  Dated: 7/6/08

22                   ANTONIO RODOLFO SOTO-DIAZ
Defendant

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Rodolfo Soto-Diaz        3        08MJ1962

1

### O R D E R

2      Upon joint application and motion of the parties, and for good cause shown,

3      **THE STIPULATION** is admitted into evidence, and,

4      **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to his country of origin.

6      **SO ORDERED.**

7

8      Dated: _____7/10/08_____ .

9                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Antonio Rodolfo Soto-Diaz         4                 08MJ1962