UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff         )<br>                               )<br>vs.                            )<br>Antonio Rodolfo Soto-Diaz )<br>         Defendant(s)    ) | CRIMINAL NO. 08CR2276-11<br>                      08mj1962<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. 10094298 |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Armando Franco-Barba
(not arraigned)

DATED: 7/10/08

**William McCurine, Jr**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
     Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                   ☆ U.S. GPO: 2003-581-774/70082